Waldo, Hinds & Lawrence for Petitioner.

Buron Fitts, District Attorney, and Tracy Chatfield Becker, Deputy District Attorney, for Respondents.

THE COURT.—■ Upon the authority of *Hansen* v. *Municipal Court*, 208 Cal. 506 [282 Pac. 384], and *Keaton* v. *Municipal Court* (L. A. No. 11849), *ante*, p. 52 [285 Pac. 696], this day decided, we are of the opinion that the peremptory writ of mandate should be issued as prayed for, and it is so ordered.

[S. F. No. 13706. In Bank.—February 21, 1930.]

NATHAN SCHWARTZ, Petitioner, v. MUNICIPAL COURT OF THE CITY OF LOS ANGELES, etc., et al., Respondents.

Henry Haves and W. L. Engelhardt for Petitioner.

Lloyd S. Nix, City Prosecutor, and Joe W. Matherly and F. W. Fellows, Deputies City Prosecutor, for Respondents.

THE COURT.— ██ Upon the authority of *Hansen* v. *Municipal Court*, 208 Cal. 506 [282 Pac. 384], and *Keaton* v. *Municipal Court* (L. A. No. 11849), *ante*, p. 52 [285 Pac. 696], this day decided, we are of the opinion that the peremptory writ of mandate should be issued as prayed for, and it is so ordered.

---

[L. A. No. 11632. In Bank.—February 24, 1930.]

E. M. HACKEL, Petitioner, v. MUNICIPAL COURT OF THE CITY OF LOS ANGELES et al., Respondents.

Cooper & Collings for Petitioner.

Everett W. Mattoon, County Counsel, S. V. O. Prichard, Deputy County Counsel, Lloyd S. Nix, City Prosecutor, and Ray P. Brockman, Deputy City Prosecutor, for Respondents.

THE COURT.— ██ This is a proceeding in mandate similar in all essential particulars to the preceding cases of *Harris* v. *Municipal Court et al.* (L. A. No. 11787), *ante*, p. 55 [285 Pac. 699], and *Gutterman* v. *Municipal Court et al.* (L. A. No. 11605), *ante*, p. 65 [295 Pac. 703], this day